HICKEY, Appellant, v. ROACHE, Respondent. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by David J. Hickey against Martin Roache, as president, etc. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

HILDAS, Respondent, v. CENTRAL-HUDSON S. S. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by John I. Hildas against the Central-Hudson Steamboat Company. No opinion. Judgment reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

HILL v. HARWAY et al. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by James K. Hill, as executor, etc., against John W. Harway and others. No opinion. Motion to dismiss appeal denied, without costs. Motion to perfect the record granted, without costs. Settle order before Jenks, P. J.

HINDLEY & PENDLETON CO., Respondent, v. PENDLETON et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by the Hindley & Pendleton Company against Fields S. Pendleton and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HINMAN, Respondent, v. KEYES. Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Harvey D. Hinman against Cora W. Keyes.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the authority of Peabody v. Cortado, 21 N. Y. Supp. 680.[1]

COCHRANE, J., dissents.

In re HISCOX et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) In the matter of the judicial settlement of the accounts of E. S. Hiscox and another, executors, etc. No opinion. Motion denied, with $10 costs. See, also, 135 App. Div. 848, 120 N. Y. Supp. 308.

HOAR v. HOAR et al. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Michael Hoar against John Hoar and others. No opinion. Order of the County Court of Nassau County affirmed, with $10 costs and disbursements.

In re HOME BOOK CO. (Supreme Court, Appellate Division, First Department. February 24, 1911.) In the matter of the Home Book Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 60 Misc. Rep. 560, 112 N. Y. Supp. 1012.

HOOVER, Appellant, v. WOODRUFF, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Jesse C. Hoover against Lucius Woodruff. No opinion. Order unanimously affirmed, with costs.

HORBERT, Respondent, v. A. J. BATES & CO., Appellants. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by Margaret Horbert against A. J. Bates & Co.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the verdict to the sum of $1.76, in which case the judgment, as so modified, is affirmed, without costs.

HORN v. HORN. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by William O. Horn against Kathleen Horn. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 448.

HORNBOSTEL, Respondent, v. ZWISOHN, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Leopold Hornbostel against Isaac Zwisohn. No opinion. Motion denied, on condition that within 10 days the appellant perfect his appeal, place case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

HORST, Respondent, v. FIDELITY WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, First Department, January 27, 1911.) Action by Paul R. G. Horst against the Fidelity Warehouse Company. O. H. Luscomb, for appellant. M. Stearns, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

HOY v. HOY et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by James E. Hoy against Thomas F. Hoy, individually, and others.

PER CURIAM. So much of the order as is appealed from is reversed, with $10 costs and disbursements, upon the authority of Roake v. Palmer, 119 App. Div. 64, 103 N. Y. Supp. 862, and Johnson v. Ravitch, 113 App. Div. 810, 99 N. Y. Supp. 1059, and the proceedings are remitted to the Special Term, to take proof of the fair and reasonable value of the services of the respondent, Michael J. Walsh, to date, for which sum he shall have a lien upon the inter-

[1] Reported in full in the New York Supplement; reported as a memorandum decision without opinion in 67 Hun, 648.